RECEIVED
IN MONROE, LA

AUG 0 8 2006

mpy

OBERT H. SHEMWELL, CLERK
ESTERN DISTRICT OF LOUISIANA



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 06-30013-01** |
| **VERSUS** | * | **JUDGE JAMES** |
| **SALVADOR RAMOS-GUERRERO** | * | **MAGISTRATE JUDGE HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, rendered orally in open court, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Salvador Ramos-Guerrero, and adjudges him guilty of the offense charged in Count One of the indictment against him.

THUS DONE AND SIGNED this __8__ day of __August__, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION